# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Blanca Cuevas

                  Plaintiff,

v.                                      Case No.: 1:16–cv–04859
                                            Honorable Rebecca R. Pallmeyer

Target Corporation

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 10, 2016:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing held on 6/10/2016. Case is dismissed without prejudice, with leave to reinstate within sixty (60) days. Civil case terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.